1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10   ANNE SABETTA, et al.,

11          Plaintiffs,              No. CIV S-11-554 JAM CKD PS

12       vs.

13   NATIONAL RAILROAD PASSENGER
     CORPORATION, et al.,

14

           Defendants.            FINDINGS & RECOMMENDATIONS

15   _____/

16          By order filed June 7, 2011, plaintiffs' complaint was dismissed and thirty days

17   leave to file an amended complaint was granted.  On July 21, 2011, plaintiffs were granted a

18   fourteen day extension of time to comply with the June 7, 2011 order.  That time period has now

19   expired, and plaintiffs have not filed an amended complaint or otherwise responded to the court's

20   order.

21          IT IS HEREBY RECOMMENDED that this action be dismissed without

22   prejudice.  See Local Rule 110; Fed. R. Civ. P. 41(b).

23          These findings and recommendations are submitted to the United States District

24   Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen

25   days after being served with these findings and recommendations, plaintiff may file written

26   objections with the court.  The document should be captioned "Objections to Magistrate Judge's

                                        1

1   Findings and Recommendations."  Plaintiff is advised that failure to file objections within the

2   specified time may waive the right to appeal the District Court's order.  Martinez v. Ylst, 951

3   F.2d 1153 (9th Cir. 1991).

4    Dated: August 17, 2011

5                                                                    _____
                                                                     CAROLYN K. DELANEY
6                                                                    UNITED STATES MAGISTRATE JUDGE

7

8
    4
9   sabetta.fta

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

2