IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANNE SABETTA, et al.,

        Plaintiffs,                    No. CIV S-11-554 JAM CKD PS

        vs.

NATIONAL RAILROAD PASSENGER
CORPORATION, et al.,

        Defendants.             ORDER

        Plaintiffs are proceeding in this action pro se. By order filed November 18, 2011, the first amended complaint was dismissed and plaintiffs were granted thirty days leave to amend the complaint. Plaintiffs have not filed an amended complaint but have requested a thirty day extension of time to find housing. The court will construe plaintiffs' request as a request for an extension of time to file an amended complaint.

        Plaintiffs have also requested that the Marshal be directed to serve summons in this action. The court will decline such request pending review of the second amended complaint, which has yet to be filed.

        Plaintiffs also request appointment of counsel. In certain exceptional circumstances, the court may request the voluntary assistance of counsel pursuant to 28 U.S.C.

§ 1915(e)(1). <u>Terrell v. Brewer</u>, 935 F.2d 1015, 1017 (9th Cir. 1991); <u>Wood v. Housewright</u>, 900 F.2d 1332, 1335-36 (9th Cir. 1990). In the present case, the court does not find the required exceptional circumstances. Plaintiffs' request for the appointment of counsel will therefore be denied.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiffs are granted a thirty day extension of time to file a second amended complaint in compliance with the November 18, 2011 order.

2. Plaintiffs' request for service by the Marshal (dkt. no. 16) is denied without prejudice.

3. Plaintiffs' request for appointment of counsel (dkt. no. 16) is denied.

Dated: January 4, 2012

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

4
sabetta3.eot