IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANNE SABETTA, et al.,

     Plaintiffs,                     No. CIV S-11-0554 JAM CKD PS

     vs.

NATIONAL RAILROAD PASSENGER CORPORATION, et al.,

     Defendants.           FINDINGS & RECOMMENDATIONS

        By order filed November 18, 2011, plaintiffs' first amended complaint was dismissed and thirty days leave to file a second amended complaint was granted. Plaintiffs requested an extension of time and on January 5, 2012, plaintiffs were granted a thirty day extension of time to file a second amended complaint. The thirty day period has now expired, and plaintiff s have not filed a second amended complaint or otherwise responded to the court's order.

        IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice. See Local Rule 110; Fed. R. Civ. P. 41(b).

        These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen days after being served with these findings and recommendations, plaintiff may file written

1

objections with the court. The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Plaintiff is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

Dated: February 21, 2012

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

4
sabetta2.fta