1

2

3

4

5

6

7

8                        IN THE UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10    ANNE SABETTA, et al.,

11              Plaintiffs,              No. CIV S-11-554 JAM CKD PS

12        vs.

13    NATIONAL RAILROAD PASSENGER
      CORPORATION, et al.,
14              Defendants.             ORDER

15    _____/

16              On May 1, 2012, this matter was referred to the District Court for the limited

17    purpose of determining whether in forma pauperis status should continue on appeal or whether

18    the appeal is frivolous or taken in bad faith.  This court finds the appeal is frivolous.

19              Accordingly, IT IS HEREBY ORDERED that plaintiffs' in forma pauperis status

20    is revoked.

21    DATED:   June 14, 2012

22

                               /s/ John A. Mendez
23                             UNITED STATES DISTRICT COURT JUDGE

24

25

26

                                         1