IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANNE SABETTA, et al.,

      Plaintiffs,                   No. CIV S-11-554 JAM CKD PS

      vs.

NATIONAL RAILROAD PASSENGER
CORPORATION, et al.,

      Defendants.               ORDER

_____/

      On May 1, 2012, this matter was referred to the District Court for the limited purpose of determining whether in forma pauperis status should continue on appeal or whether the appeal is frivolous or taken in bad faith. This court finds the appeal is frivolous.

      Accordingly, IT IS HEREBY ORDERED that plaintiffs' in forma pauperis status is revoked.

DATED: June 14, 2012

                                      /s/ John A. Mendez
                                      UNITED STATES DISTRICT COURT JUDGE